UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 26- cv-1047 |
| | ) | |
| DEFENDANT NO. 1: 17 Electronic Accounts Located at Google LLC; | ) ) | |
| | ) | |
| DEFENDANT NO. 2: 18 Electronic Accounts Located at Yahoo Inc; and | ) ) | |
| | ) | |
| DEFENDANT NO. 3: 2 Electronic Accounts Located at Ionos Inc; | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by and through its attorneys, Ryan A. Kriegshauser,

United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States

Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule

G(2) of the Supplemental Rules for Admiralty Or Maritime Claims and Asset Forfeiture Actions.

## NATURE OF THE ACTION

1.      This is an *in rem* civil action to forfeit and condemn to the use and benefit of the

United States of America the above-captioned property (hereinafter defendants), for violations of

18 U.S.C. § 1030, 18 U.S.C. § 1956 and 18 U.S.C. § 2332b(g)(5).

## THE DEFENDANTS IN REM

2.      The defendants consist of:

A. 17 electronic accounts located at Google LLC;

B. 18 electronic accounts located at Yahoo Inc.; and

C. 2 electronic accounts located at Ionos Inc.

3.      The defendants were seized by the Federal Bureau of Investigation (FBI) on or about July 24, 2024.

4.      The accounts comprising Defendant 1 were seized from Google LLC, an internet service provider headquartered at Mountain View, California.

5.      The accounts comprising Defendant 2 were seized from Yahoo Inc., an internet service provider headquartered at New York, New York.

6.      The accounts comprising Defendant 3 were seized from Ionos Inc., an internet service provider headquartered at Philadelphia, Pennsylvania.

7.      A list of the individual electronic accounts comprising the defendants is set out in Exhibit B, which is attached hereto and incorporated by reference.

## JURISDICTION AND VENUE

8.      Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendants. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355.

9.      This Court has *in rem* jurisdiction over the defendants under 28 U.S.C. § 1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem*

pursuant to Supplemental Rule G(3)(b), which the plaintiff will serve upon the defendants'

service providers pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

10.    Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because

acts or omissions giving rise to the forfeiture occurred in this district.

## BASIS FOR FORFEITURE

11.    The defendants are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A)

because they are property involved in a transaction or attempted transaction in violation of 18

U.S.C. § 1956.

12.    The defendants are also subject to forfeiture pursuant to 18 U.S.C.

§ 981(a)(1)(G)(iii) because they were used or intended to be used to commit a federal crime of

terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B), which includes violations of 18 U.S.C. §

1030.

14.    Supplemental Rule G(2)(f) requires this complaint to state *sufficiently detailed*

*facts to support a reasonable belief that the government will be able to meet its burden of proof*

*at trial*. Such facts and circumstances supporting the seizure and forfeiture of the defendants are

contained in Exhibit A, which is attached hereto and incorporated by reference.

## CLAIM FOR RELIEF

WHEREFORE, the plaintiff requests that the Court issue a warrant of arrest *in rem* for

the defendants; that notice of this action be given to all persons who reasonably appear to be

potential claimants of interests in the properties; that the defendants be forfeited and condemned

to the United States of America; that the plaintiff be awarded its costs and disbursements in this

action; and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above-entitled matter be held in the

City of Wichita, Kansas.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney

ANNETTE GURNEY
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: annette.gurney@usdoj.gov
Ks. S. Ct. No. 11602

## DECLARATION

I, Rodrigo Fuzon, Special Agent (SA) with the Federal Bureau of Investigation (FBI),

have read the contents of the foregoing Complaint for Forfeiture, and the exhibits thereto, and

the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27TH day of February, 2026.

SA Rodrigo Fuzon
FBI

5